IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Judge Robert W. Schroeder III

| | | |
|---|---|---|
| CYPRESS LAKE SOFTWARE, INC. | § § | |
| V. | § § | CIVIL NO. 6:17CV300 |
| ZTE (USA) INC. | § § | |

| | | |
|---|---|---|
| CYPRESS LAKE SOFTWARE, INC. | § § | |
| V. | § § | CIVIL NO. 6:17CV462 |
| HP INC. | § § | |

---

MINUTES FOR MOTIONS HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
MARCH 28, 2018

OPEN: 1:22 pm                                                                                      ADJOURN: 3:17 pm

---

ATTORNEY FOR PLAINTIFF:         See Attorney Sign In Sheet

ATTORNEYS FOR DEFENDANTS: See Attorney Sign In Sheet

LAW CLERK:                                    Barira Munshi

COURTROOM DEPUTY:            Betty Schroeder

COURT REPORTER:                    Kelly Polvi

---

1:22 pm     Case called, parties introduced and announced ready, Court welcomes parties

1:24 pm     Ms. Krista Schwartz argues HP's Motion to Transfer (dkt. #16)

1:27 pm     Court questions Ms. Schwartz; Ms. Schwartz responds

1:29 pm     Court questions Ms. Schwartz; Ms. Schwartz responds

| | |
|---|---|
| 1:37 pm | Court questions Ms. Schwartz; Ms. Schwartz responds |
| 1:38 pm | Mr. Randall Garteiser responds to argument |
| 1:58 pm | Court questions Mr. Garteiser; Mr. Garteiser responds |
| 2:00 pm | Mr. Mike Jones replies |
| 2:01 pm | Ms. Schwartz replies |
| 2:07 pm | Mr. Garteiser responds |
| 2:11 pm | Ms. Schwartz comments |
| 2:11 pm | Mr. Garteiser continues |
| 2:11 pm | Court questions Mr. Garteiser; Mr. Garteiser responds |
| 2:13 pm | Ms. Schwartz argues HP's Motion to Compel (dkt. #42) |
| 2:22 pm | Court questions Ms. Schwartz; Ms. Schwartz responds |
| 2:27 pm | Ms. Keana Taylor advises the Court ZTE (USA) joins in this motion |
| 2:29 pm | Mr. Garteiser responds to arguments |
| 2:30 pm | Ms. Schwartz comments |
| 2:31 pm | Mr. Garteiser continues |
| 2:39 pm | Court questions Mr. Garteiser; Mr. Garteiser responds |
| 2:42 pm | Ms. Schwartz replies |
| 2:42 pm | Court questions Ms. Schwartz; Ms. Schwartz responds |
| 2:45 pm | Court directs the Plaintiff to within seven days identify any section it believes contains competitive information to defendant; defendant to object or agree within seven days; after that provide the Court with a status update within seven days |
| 2:47 pm | Recess |
| 2:56 pm | Mr. Jones asks the Court for permission for Ms. Schwartz and himself to be excused; Court grants them leave |

| | |
|---|---|
| 2:58 pm | Mr. Craig Uhrich argues ZTE (USA) Inc.'s Motion to Dismiss (dkt. #10) |
| 3:00 pm | Court questions Mr. Uhrich; Mr. Uhrich responds |
| 3:04 pm | Court questions Mr. Uhrich; Mr. Uhrich responds |
| 3:08 pm | Mr. Garteiser responds to argument |
| 3:11 pm | Court questions Mr. Garteiser; Mr. Garteiser responds |
| 3:15 pm | Mr. Uhrich replies |
| 3:16 pm | Court questions Mr. Uhrich; Mr. Uhrich responds |
| 3:17 pm | Court suggests the parties to meet and come to an agreement regarding staying the case or not pending a decision from the Federal Circuit |
| 3:17 pm | Recess |